5:22-CV-174-C

NenaZuley58@gmail.com
SulemaSierra48@gmail.com

5-22-CV-0131-C

To whom this may concern!
Since June 2 2022
Its Been Hot today we were told
that It was 83 Degrees In here
My name Is Sulema Sierra Booking # 2201 8145
I have put In Plenty letters my friend
Yvonne mom has made at least 20 calls
Since June 2 that Its hot an inmate
threw up from being dehydrated!
another Inmate was sitting In period blood
for 2 days because She hasn't had any
Clean underwear We are being treated
un human. We are In pain and Suffering
Ive even Started drinking Hot water
because theres no Cold Water Just Like
there Is no A/C Please Help US!

Fix this Situation Its wrong!

[signature]

# 2201 8145
Cell: 214-469 5330
email: SulemaSierra48@Yahoo.com
NenaZuley58@Gmail.com

RECEIVED
JUL -1 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

2022 JUL -1 PM 2:53

# Pod 4 (Petition)

Queena Jordan 21044069   queenjordan@gmail.com
214-403-5916

People Are complaining about the AC being to hot, and it is hot in this pod. we are sweating, constantly taking showers to keep cool. waking up real sweaty, and irrated. other individuals as well. this is not just a safe weather climate. (X please sign if agreed)

Carla Ritchie #22011920

TERRIZ BURKS 22001738
Alicia Rich 22005591
Kristy Moog 22015461
Suena Sieira 22018145      Summer Price 22020644
Vanessa Martinez 22076822  Molly Burry 22014060
Hailey Hamilton 22004918   Jonna Hopkins 22026180
Lindi Browning 22018875    Aalilt c wray
Rebecca Caldwell           Jennifer Laws 22011231
Anabel Ramirez 22011915    Rosablanca Chase #22017651
Jystan Robinson            Nancy Jaramillo #22018509

Leslie Jones
Ethra Vaughn 22022561
Moreno Deanna #22012857
MORALES, Bianca #22016387
Bnana McAhee #22021078
Kenia Rubio #22012215
April Coterill #22018125
~~[scribbled out]~~
Abigail Fonseca
Jasmine Limas #22014162
[signature] ~~#2202~~ 213165
[signature]
Jenese Henry #921
Rodericka Davis #22015954

Solema Sierra
Dallas County Jail
P.O. Box 660334
Bin: 22018145
KAYS Tower 04-D
Dallas Texas 75266-0334



NORTH TEXAS TX P&DC
DALLAS TX 750
27 JUN 2022 PM 9 L



RECEIVED
2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Office of the Clerk
Northern District of Texas
1205 Ave Room 209
Lubbock, TX 79401

79415-363320